# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 2:12-CR-00026-RWS |
| EDWARD TREISBACK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [35] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation and Defendant's Objections [37] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Renewed Motion to Dismiss for Speedy Trial Violation [16] is **DENIED**.

**SO ORDERED** this __14th__ day of May, 2014.

_____
**RICHARD W. STORY**
United States District Judge